**Opinion issued November 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00302-CR

## NO. 01-21-00303-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**SHERRYL BARKER WOODS, Appellee**

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Case No. 2020-0502**

---

## MEMORANDUM OPINION

Appellant, the State of Texas, has filed motions to dismiss these appeals in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeals. *See id*. Further, more than ten

days have passed and appellee has not expressed opposition to the State's motions. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).